IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03091-MJW

VIRGINIA FRANCIS LAFLAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on September 14, 2015, incorporated herein by reference, it is

ORDERED that the Commissioner's decision is VACATED.  It is

FURTHER ORDERED that the matter is REMANDED for further fact-finding as to whether Virginia Francis Laflan meets Listing 12.05(C), and such other proceedings as the Administrative Law Judge deems appropriate.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Virginia Francis Laflan, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED at Denver, Colorado this   15th    day of September, 2015.

                                    FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/ S. Libid
                S. Libid, Deputy Clerk